# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JESSIE DE LEON** and **ANTHONY HERNANDEZ**, *Plaintiffs*, | § § § § |
| v. | §  NO.  MO:20-CV-00179 |
| **NORTHERN NATURAL GAS COMPANY**, *Defendant.* | § § § § |
| **GAS GATHERING SPECIALISTS, INC.**, *Intervenor-Defendant.* | § § § |

## ORDER

Before the Court is the parties' Joint Stipulation to Dismiss with Prejudice (Doc. 82) filed August 12, 2022. The parties stipulate that they have resolved all causes of action and that this action should be dismissed with prejudice. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action.

It is so **ORDERED**.

SIGNED this 17th day of August, 2022.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE